IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>PATRICK K. SHANNON,<br><br>           Defendant. | 8:11CR148<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Jeffrey L. Thomas to withdraw as counsel for the defendant, Patrick K. Shannon (Filing No. 71). William F. McGinn has filed an entry of appearance as retained counsel for Patrick K. Shannon. Therefore, Jeffrey L. Thomas' motion to withdraw (Filing No. 71) will be granted.

Jeffrey L. Thomas shall forthwith provide William F. McGinn any discovery materials provided to the defendant by the government and any such other materials obtained by Jeffrey L. Thomas which are material to Patrick K. Shannon's defense.

The clerk shall provide a copy of this order to William F. McGinn.

**IT IS SO ORDERED.**

Dated this 12th day of May, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge