IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:11CR148** |
| v. | |
| PATRICK K. SHANNON, | **ORDER** |
| Defendant. | |

This matter is before the Court on defendant Patrick K. Shannon's ("Shannon") Motion for Early Termination of Supervised Release (Filing No. 77). Shannon is on supervision for Receipt of Child Pornography and has a previous conviction for sexual assault. He has not completed Sex Offender Treatment and has had a number of issues of non-compliance with supervised release.

The Court has reviewed the Court file and argument of the parties and finds that early termination of supervised release is not appropriate at this time. Shannon's motion (Filing No. 77) is denied.

IT IS SO ORDERED.

Dated this 13th day of February 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge